FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 2 0 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Najia Jalan<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SA CR 14-392M<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of ___Defendant___ , IT IS ORDERED that a detention hearing is set for ___Wednesday___ , ___Oct. 22, 2014___ , at ___9:00___ ☒a.m. / ☐p.m. before the Honorable ___Jay C. Gandhi___ , in Courtroom ___6A___ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_____(Other custodial officer)_____

Dated: ___10·20·2014___          _____ · Jay C. Gandhi
                                    U.S. District Judge/Magistrate Judge